UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:  
MARTIN, ALFRED ROMAN

MARTIN, CAROL ANN
        DEBTOR(S)

CASE NO: 12-15201 MER
CHAPTER 13

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files an Objection to Confirmation of Chapter 13 Plan and as grounds therefore state as follows:

1. Debtors' plan should provide for 100 percent of all timely filed unsecured claims.

2. The Trustee reserves the right to amend the objection after the meeting of creditors and to report on the Debtor's payment history at the hearing on the Objection.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. Section 1307.

Respectfully Submitted,

Dated: April 25, 2012

/s/Ellen R. Welner  
Ellen R. Welner #9239  
Attorney for the Chapter 13 Trustee  
4725 S Monaco St Ste 120  
Denver CO 80237  
720.398.4422  
ewelner@denver13.com

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above mentioned Objection to Confirmation of Chapter 13 Plan was placed in the US Mail, postage prepaid on April 25, 2012 addressed as follows:

Alfred & Carol Martin  
34 Fox St  
Denver CO 80223

William A. Morris  
1775 Sherman St Ste 1650  
Denver CO 80203

/s/ _____  
Chapter 13 Trustee Staff Member