**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-15201 MER |
| ALFRED ROMAN MARTIN | ) | |
| CAROL ANN MARTIN | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

**ORDER AND NOTICE OF CHAPTER 13 CONFIRMATION HEARING**

NOTICE IS HEREBY GIVEN that an evidentiary confirmation hearing has been set on a trailing docket on **Monday, June 18, 2012, at 9:00 a.m.** in the United States Bankruptcy Court for the District of Colorado, Courtroom C-502, Byron White Courthouse, 1929 Stout Street, Denver, Colorado. **This matter has been set for one hour.** The Court will contact counsel for the parties by e-mail approximately 5 days prior to the hearing with information as to how many hearings remain on the trailing docket and the order in which the hearings will be proceeding.

**IT IS ORDERED** that:

1. **Witnesses and Exhibits**. **The requirements in this Order specifically supersede the requirements in Local Bankruptcy Rule 9070-1.** The parties shall exchange witness lists and exhibits on or before **June 4, 2012.** A List of Witnesses and Exhibits shall be filed with the Court on or before **June 4, 2012,** substantially in the form of L.B. Form 9070-1.1 (Attachment A to this Order). **Do not file the actual exhibits unless otherwise directed by the Court.**

• The parties must exchange FULL SETS of intended exhibits prior to trial. Exhibits which have been attached to pleadings or provided as discovery responses are not considered to be exchanged for purposes of trial preparation.
• Exhibits must be marked for identification (Movant-numbers and Respondent-letters).
• Multi-page exhibits should be individually paginated/numerated.
• Expert witnesses must be specifically identified.
• Each party shall provide two (2) copies of all exhibits to the Law Clerk or Courtroom Deputy. One (1) copy is for the Court and one (1) copy is for the witness. The original exhibits are to be used by the witness.
• Exhibits should be placed in a binder and indexed in the form of Attachment 1 to L.B.R. 9070-1.1 (attached to this Order).
• Written objections directed to the witnesses or exhibits must be filed with the Court and served on opposing counsel or party on or before **June 11, 2012,** otherwise all objections except as to foundation and relevancy are waived.
• Copies of contested exhibits must be attached to the filing of objections for the Court's prior review, unless the nature of the objection involves the fact that the party proffering the exhibit has failed to adequately identify and/or exchange it.
• While objections to exhibits will be deemed waived unless the objector complies with this paragraph, only those exhibits which are specifically admitted during the evidentiary

hearing will be considered by the Court and become part of the evidentiary hearing record.

2. **Stipulated Facts**.  The parties shall confer and prepare a list of uncontested background facts relating to the issues before the Court, which list shall be filed with the Court on or before **June 4, 2012.**  If the parties are unable to reach an agreement as to any stipulated facts, a statement to that effect must be filed.  **Failure to file this required document will result in the hearing being vacated and may result in denial of the relief requested and/or sanctions upon the party and counsel failing to comply.**

3. **Notification of Settlement**.  To facilitate court preparation for this hearing, any motion to continue the hearing or to vacate the hearing due to settlement shall be filed at least **24 hours prior to the scheduled hearing**.  Parties shall contact chambers staff by telephone at 720-904-7413 upon filing such a motion, and chambers staff will advise parties if the hearing is continued or vacated.  Except in exigent circumstances not known 24 hours before the hearing, oral motions to continue will not be entertained.  If the matter is settled and a written motion to vacate due to settlement cannot be timely submitted, counsel and parties appearing *pro se* may be required to appear, either in person or by telephone, at the scheduled hearing time to read the terms of any settlement into the record.

4. **Court Appearances**.  Evidence will not be received by telephone or declaration, nor will parties be permitted to appear by telephone.  All parties shall appear in person or by counsel.

**Failure to file any of the required documents as set forth above will result in the hearing being vacated and may result in denial of the relief requested and/or sanctions upon the party and counsel failing to comply.**

Dated May 21, 2012

BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge

**ATTACHMENT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Michael E. Romero

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| _____, | ) | Bankruptcy Case No._____ |
| Debtor. | ) | Chapter \_\_\_ |

(Double Caption if Necessary)

_____

**(Party Name)'s LIST OF WITNESSES AND EXHIBITS**

_____

_____ ("Party") , through undersigned counsel, hereby designates the following witnesses and exhibits for the trial/hearing on _____, at _____   ___. m. in Courtroom D before the Honorable Michael E. Romero.

**WITNESSES**

Party **will** call the following witnesses:

1.        _____, to testify regarding:
         _____

_____
_____

2.        _____, as an adverse witness.


Party **may** call the following witnesses:

1.        _____, to testify regarding _____.

2.        _____, to testify regarding _____.

## EXHIBITS

Party intends to introduce as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Dated:_____

FIRM NAME

By:_____
 John A. Attorney, #0000
 Street Address
 City, State, Zip
 Telephone Number
 Facsimile Number
 *Attorney for*_____

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the foregoing _____**'s List of Witnesses and Exhibits** was served upon the following by depositing same in the U.S. Mail, first class postage prepaid, this _____ day of _____, _____:

_____

**ATTACHMENT 1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: _____
Chapter _____, Case Number _____ MER
(or Adversary Proceeding No._____)

EXHIBITS FOR HEARING

Submitted by:   (Name of Party)
In connection with: (date and nature of hearing or date of trial)
            ( Example: 12/31/00 Motion for Relief from Stay or 12/31/00 Trial)

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---------|-------------|------------------|-------------------|---------------------|
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |